DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENDALL KELLEY,**
Appellant,

v.

**OCEAN POINTE HOLLYWOOD, LLC,**
Appellee.

No. 4D2025-1175

[February 19, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Woody Robert Clermont, Judge; L.T. Case No. COSO-25-016700.

Kendall Kelley, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***